ASBURY PARK AND OCEAN GROVE BANK, RESPONDENT,
v. GABRIELE GIORDANO, APPELLANT.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 555.

For the appellant, *Gabriele Giordano, pro se.*

For the respondent, *Durand, Ivins & Carton.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the opinion filed in this matter by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.